FEDERAL INSURANCE COMPANY *et al.*, Plaintiffs-Appellants, *v.* COUNTRY MUTUAL INSURANCE COMPANY *et al.*, Defendants-Appellees.

(No. 73-92;

Second District (2nd Division)—January 9, 1975.

918

Opinion by Mr. JUSTICE RECHENMACHER.

Gates W. Clancy, of Geneva, for appellants.

Kell & Conerty, of Woodstock, and Page, Clark & Heaslip, of Rockford, for appellees.